# INDEX OF EXHIBITS

# TO WITTSTEIN AFFIDAVIT

Case 06-02062   Document 31-1   Filed in TXSB on 10/27/06   Page 1 of 3

## Index of Exhibits to Wittstein Affidavit

| Exhibit # | Document | Docket No. (as applicable) |
|---|---|---|
| 1 | Order Approving Disclosure Statement and Confirming Joint Plan of Reorganization (the "Confirmation Order" or "Conf. Order") | Docket No. 51 |
| 2 | Joint Plan of Reorganization of Davis Petroleum Corp., Davis Offshore, L.P., and Davis Petroleum Pipeline, LLC dated March 7, 2006 (the "Plan") | Docket No. 18 |
| 3 | Summary of Proposed Terms for the Acquisition of Equity in the Davis Operating Companies (the "Term Sheet") | Docket No. 17 at Ex. B |
| 4 | Disclosure Statement | Docket No. 17 |
| 5 | Transcript of Motion Hearing, dated March 9, 2006 (the "Confirmation Transcript") | See Docket No. 202 for Reference to Availability of Transcript in Court's Fileroom |
| 6 | Davis Petroleum Contact List (the "DPC Contact List") | |
| 7 | Affidavit of Rhett G. Campbell Certifying the Votes on and Tabulation of Ballots Accepting and Rejecting the Plan, dated as of March 7, 2006 (the "Campbell Aff.") | Docket No. 16 |
| 8 | Draft Contribution and Sale Agreement, dated as of February 13, 2006 (the "Draft CSA") | Docket No. 17 at Ex. C |
| 9 | Advisory Services Agreement dated January 31 2005 (the "Red Mountain Advisory Agreement") | Adv. Proc. Docket No. 4 at Ex. C |
| 10 | Schedule 5.9(a) to the Draft CSA, listing "Material Agreements" ("Schedule 5.9(a)") | Docket No. 17 at Ex. 9 |
| 11 | Davis Liquidation Analysis (the "Liquidation Analysis") | Docket No. 17 at Ex. 4 |
| 12 | Written Consent of the Stockholders In Lieu of a Meeting ("Stockholder Written Consent") | |
| 13 | Armel Retention Letter, dated May 1, 2005 (the "Armel Retention Letter") | |
| 14 | Special Committee Charter | |
| 15 | Unanimous Written Consent of the Board of Directors ("Board Written Consent") | |
| 16 | Jefferies Retention Letter, dated June 16, 2005 (the "Jefferies Retention Letter") | |
| 17 | Jefferies Resignation Letter, dated October 27, 2005 | |

| Exhibit # | Document | Docket No. (as applicable) |
|---|---|---|
| 18 | Proposal from Evercore, dated October 21, 2005 (the "October Proposal") | |
| 19 | Letter from Evercore to the Independent Director, dated October 26, 2005 (the "Exclusivity Agreement") | Adv. Proc. Docket No. 4 at Ex. B |
| 20 | Excerpts of Final Purchase and Sale Agreement, dated as of March 31, 2006 ("Final PSA") | |
| 21 | E-mail, dated January 31, 2006, from Jack Hardy of O'Melveny & Myers LLP, counsel to the Special Committee and the Independent Director, to counsel for each of the Interest Holders, attaching the Schedules to the Original Evercore Deal | |
| 22 | Schedule 2.2(c) to the Draft CSA ("Schedule 2.2(c)") | Docket No. 17 at 12 |
| 23 | Press Release issued on March 8, 2006 in Houston and Los Angeles by the Davis Operating Entities | |
| 24 | Proffer of Testimony of Albert Conly in Support of Confirmation of Plan ("Conly Proffer") | |